996

No. 11–9229.  FRATUS *v.* LOPEZ, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 11–9231.  RATHBUN *v.* CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION.  C. A. 9th Cir.  Certiorari denied.

No. 11–9232.  RIGGS *v.* ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 11–9234.  AMERSON *v.* CITY OF DES MOINES, IOWA.  C. A. 8th Cir.  Certiorari denied.

No. 11–9235.  BARR *v.* GEE, SHERIFF, HILLSBOROUGH COUNTY, FLORIDA, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 11–9236.  CRESWELL *v.* CALIFORNIA.  Ct. App. Cal., 6th App. Dist.  Certiorari denied.

No. 11–9237.  HANEGAN *v.* MILLER, ATTORNEY GENERAL OF IOWA.  C. A. 8th Cir.  Certiorari denied.

No. 11–9240.  CAGE *v.* SMITH, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 11–9241.  DISE *v.* EXPRESS MARINE, INC.  C. A. 4th Cir. Certiorari denied.

No. 11–9243.  LYONS *v.* WISCONSIN.  Ct. App. Wis.  Certiorari denied.

No. 11–9256.  BLAKELY *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA.  C. A. 4th Cir.  Certiorari denied.

No. 11–9257.  KEMPPAINEN *v.* ARANSAS COUNTY DETENTION CENTER.  C. A. 5th Cir.  Certiorari denied.

No. 11–9260.  SCHUETZ *v.* CALIFORNIA.  Ct. App. Cal., 4th App. Dist., Div. 3.  Certiorari denied.

No. 11–9268.  GRIFFIN *v.* RAMSEY ET AL.  C. A. 4th Cir.  Certiorari denied.